**Order filed, December 19, 2017.**



In The

# Court of Appeals
### For The
# First District of Texas

———————————

## NO. 01-17-00923-CR

## EX PARTE AUSTIN LYMAN BISHOP, Appellant

## V.

## , Appellee

---

### On Appeal from the 21st District Court
### Washington County, Texas
### Trial Court Case 17486A

---

## ORDER

The reporter's record in this case was due 12/14/2017. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Janet Lynn, the official (or substitute) court reporter, to file the record in this appeal, if any, **within 10 days** of the date of this order.

PER CURIAM